## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                               Case No:     08-8007-JPO
                                    AUSA:        Tristram Hunt
CECIL A. BROOKS             Deft. Atty.:   Ron Wurtz, FPD

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | January 18, 2008 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 3:25 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Sporhase |

Length of Hearing: _____ Hr(s) Min(s) 15                  Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

### PROCEEDINGS

(X) Rule 5 Hearing (Complaint)     ( ) Initial Revocation Hearing     ( ) Bond Hearing
( ) ID/Removal Hearing     ( ) Held ( ) Waived     ( ) Bond Revocation Hearing
( ) Preliminary Hearing     ( ) Held ( ) Waived     ( ) Arraignment
( ) Detention Hearing     ( ) Held ( ) Waived     ( )
( ) Discovery Conference     ( ) Held ( ) Waived

( ) Interpreter     ( ) Appointed     ( ) Sworn
(X) Charges and penalties explained to defendant
(X) Defendant sworn and examined re: financial ability to retain counsel
(X) Counsel appointed, FPD     ( ) At defendant's expense
(X) Constitutional rights explained     ( ) Felony     ( ) Misdemeanor
( ) Defendant declined to waive indictment     ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under     ( ) Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed     ( ) Plea Agreement Attached
( ) Transfer to the _____ District of _____

( ) ARRAIGNMENT AND PLEA:                      ( ) No. of Counts ___
     ( ) Waived Reading of     ( ) Indictment     ( ) Information     ( ) Read to Defendant
     ( ) Previous Plea     ( ) Guilty     ( ) Not Guilty    Counts:_____ Withdrawn
     ( ) Guilty                                                               Counts:_____ Accepted
     ( ) Not Guilty                                                Counts: ___

( ) Bail fixed at     ( ) Bail denied     ( ) Bail remains denied
( ) $_____     ( ) Unsecured     ( ) Secured
( ) Release Order     ( ) Executed     ( ) Continued in effect
(X) Deft. remanded to custody     ( ) Pending compliance with conditions of release
(X) Temporary Detention Ordered

Motions to be filed by:
Response(s) to be filed by:
Motions to be heard:
Deft's next appearance : January 23, 2008, at 1:30 p.m. before Judge O'Hara for preliminary and detention hearing.

Miscellaneous: Government orally moved for pretrial detention of the defendant and for a continuance of that detention hearing.. Motion for continuance granted.