<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE</u>

UNITED STATES OF AMERICA

v.

|  |  |  |
|---|---|---|
| | Case No: | 08-8007-JPO |
| | AUSA: | Trist Hunt |
| CECIL A. BROOKS | Deft. Atty.: | Patrick J. O'Connor |

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | January 25, 2008 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 2:32 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Sporhase |

Length of Hearing: _____ Hr(s) Min(s)  10                              Location: Kansas City, Kansas
Hearing Concluded  __X__ Yes    ___ No

## PROCEEDINGS

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) Held ( ) Waived | | ( ) | Bond Revocation Hearing |
| (X) | Preliminary Hearing | ( ) Held (X) Waived | | ( ) | Arraignment |
| (X) | Detention Hearing | ( ) Held (X) Waived | | ( ) | |
| ( ) | Discovery Conference | ( ) Held ( ) Waived | | | |

( ) Interpreter            ( )   Appointed                        ( )   Sworn
( ) Charges and penalties explained to defendant
( ) Defendant sworn and examined re: financial ability to retain counsel
( ) Counsel appointed                ( )   At defendant's expense
( ) Constitutional rights explained        ( )   Felony    ( )   Misdemeanor
( ) Defendant declined to waive indictment    ( )   Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under            ( )   Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed        ( )   Plea Agreement Attached
( ) Transfer to the _____ District of _____

( ) ARRAIGNMENT AND PLEA:                    ( )   No. of Counts ____
     ( )   Waived Reading of    ( )   Indictment    ( )   Information    ( )   Read to Defendant
     ( )   Previous Plea    ( )   Guilty    ( )   Not Guilty    Counts:_____Withdrawn
     ( )   Guilty                            Counts:_____Accepted
     ( )   Not Guilty                        Counts: ____

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail fixed at | ( ) | Bail denied | ( ) | Bail remains denied |
| ( ) | $_____ | ( ) | Unsecured | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect |
| (X) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| (X) | Detention Ordered | | | | |

Motions to be filed by:
Response(s) to be filed by:
Motions to be heard:
Deft's next appearance :   Wednesday, February 6, 2008, at 9:00 a.m. before the Judge O'Hara for an initial appearance on indictment, if returned.  If no indictment is returned, a status conference will be conducted.

Miscellaneous: