## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## (KANSAS CITY DOCKET)

**F I L E D**

**FEB 0 1 2008**

Clerk, U.S District Court
By: K. oru

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **No. 08-20013 -01- CM/ JPO** |
| | ) |
| **CECIL A. BROOKS,** | ) |
| | ) |
| **Defendant.** | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about January 16, 2008, in the District of Kansas, the defendant,

### CECIL A. BROOKS,

aiding and abetting persons both known and unknown to the Grand Jury, did unlawfully

and knowingly open, use, rent and maintain a place, that is, a residence located at

1942 North 24th Street, Kansas City, Kansas, which is located within one thousand feet

of real property comprising a public elementary school, to-wit: New Chelsea Elementary

School, 2500 Wood, Kansas City, Kansas, for the purpose of storing, manufacturing

and distributing cocaine and cocaine base (crack cocaine), controlled substances, in

1

violation of Title 21, United States Code, Sections 856(a)(1), 860(a) and Title 18, United

States Code, Section 2.

A TRUE BILL.

Dated:  1/31/08

FOREMAN

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No.  12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE

2

**PENALTIES:**

**Count 1:  Maintaining a drug-involved premises within a 1000 feet of a school -
21 U.S.C. §'s 856(a)1, 860(a) and 18 U.S.C. § 2**

- ■   NLT 1 year NMT 80 years Imprisonment;
- ■   NMT $4,000,000 fine;
- ■   NMT 8 years supervised release; and
- ■   $100 special assessment fee.