IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-20013-01-CM-JPO |
| ) | |
| CECIL A BROOKS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
AND IMPOSITION OF FORFEITURE JUDGMENT**

COMES NOW the United States of America, by its undersigned counsel, and respectfully moves the court for a Final Order of Forfeiture and Imposition of Forfeiture Judgment. In support of its motion, the United States shows the Court as follows:

1.  Defendant Cecil A. Brooks has been convicted of the offense alleged in Count One of the Third Superseding Indictment. In the Third Superseding Indictment, the United States gave notice to the defendant that, in the event of his conviction, he would be required to forfeit to the United States all proceeds derived from the alleged offense.

2.  On February 12, 2009, the Defendant entered into a plea agreement with the United States in which he agreed that he had derived $30,515.00 from the offense for which he has been convicted. In his plea agreement, the Defendant agreed to the imposition of a personal forfeiture money judgment against him in the amount of $30,515.00.

3.  Accordingly, the United States seeks the entry of a Final Order of Forfeiture consisting of a personal forfeiture money judgment against the defendant in the amount of $30,515.00. The United States requests that the Court impose this judgment jointly and severally

with any co-defendants in this case who may also plead to the same conspiracy and forfeiture.

4.      The entry of a Final Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.

5.      Pursuant to Rule 32.23(1)(1)(B), once the Final Order of Forfeiture is entered, the Government may move at any time, to amend the Order to forfeit specific property of the Defendant, having a value up to the amount of the money judgment, as substitute assets.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the court enter a Final Order of Forfeiture and impose a personal forfeiture money judgment against the Defendant in the amount of $30,515.00, jointly and severally with any other co-defendants. A proposed order will be submitted to the Court by electronic mail for its consideration.

>Respectfully submitted,
>MARIETTA PARKER
>Acting United States Attorney
>
> /s/ Annette B. Gurney
>ANNETTE B. GURNEY
>Assistant United States Attorney
>1200 Epic Center, 301 N. Main
>Wichita, Kansas 67202
>(316)269-6481
>KS. S. Ct. #11602
>annette.gurney@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2009, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

> /s/ Annette B. Gurney
>ANNETTE B. GURNEY
>Assistant United States Attorney