AO 245B (Rev. 06/05) Judgment in a Criminal Case---Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | CECIL A. BROOKS | Judgment - Page 2 of 6 |
| CASE NUMBER: | 2:08CR20013-001-CM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 216 months.

[x]   The Court makes the following recommendations to the Bureau of Prisons:
* An evaluation to determine if placement at a medical facility is necessary to address nerve damage in the defendant's leg.
* Placement in the intensive drug treatment program.

[x]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ on ___.

   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before _ on ___.

   [ ] as notified by the United States Marshal.

   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

Defendant delivered on 2/2/10 to FCC Yazoo City, MS for service of federal sentence.

for Warden, FCC Yazoo City

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal