# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 08-20013-CM |
| ) | |
| **CECIL A. BROOKS,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION TO CONTINUE ITS RESPONSE TO DEFENDANT'S MOTIONS

The United States of America, by and through Tristram W. Hunt, Assistant United States Attorney, respectfully requests that this Court issue an order allowing additional 30 days for the government to file its response to the defendant's *Motion to Reduce Sentence* (Doc. 374) and *Motion for Summary Judgement* (Doc. 376), measured from today's date. In support of said motion, the government states:

1. That on December 31, 2018, defendant filed his *Motion to Reduce Sentence*. (Doc. 374.)

2. That on February 6, 2019, the Court ordered the government to respond to defendants' *Motion to Reduce Sentence* by March 6, 2019, and gave the defendant until April 8, 2019, to file any reply to the government's response. (Doc. 375.)

3. That on todays' date, the defendant filed a *Motion for Summary Judgement* (Doc. 376). The defendant correctly notes the government failed to file a response to his *Motion to Reduce Sentence*. (*id.*)

4. When undersigned counsel first received the defendant's *Motion to Reduce Sentence*, he inquired of his supervisor if there would be a district-wide response to such motions because more First Step Act motions would likely be forthcoming. Undersigned counsel

then failed to note the Court ordered the government to respond by March 6, 2019. The government regrets this oversight and apologizes to the Court and the defendant. Immediately upon realizing this deadline had been missed, undersigned began drafting this motion.

5. The government requests a 30-day extension to respond to the defendant's motions, measured from today's date.

6. The government has sought no prior continuances.

7. That the defendant is incarcerated with a projected release date of September 22, 2023. Defendant has not been contacted about the government's request herein. The government expects the defendant would object to the relief requested herein.

8. That the government requests that if the Court grants the relief requested herein, that the Court add 30 days to defendant's reply deadline.

9. That the additional time requested will not prejudice the parties herein.

WHEREFORE, the United States respectfully requests that this Court issue an order allowing the government 30 additional days to file a response to defendant's motions and extend defendant's reply deadline by 30 days.

Respectfully Submitted,

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*s/Tristram W. Hunt*

TRISTRAM W. HUNT, #18196
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: Tris.Hunt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion was filed on the 23rd day of April, 2019, in via ECF/CMF with the District Court and sent, via the United States mail, postage prepaid, to:

Cecil A. Brooks # 11781-031
Defendant-Movant
Federal Medical Center
Springfield-FMC
P.O.Box 4000
Springfield, MO
65081
*Pro Se*

s/ *Tristram W. Hunt*
Tristram W. Hunt, KS. S.Ct. # 18196
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Tele:   (913) 551-6730
Fax:    (913) 551-6541
E-mail: tris.hunt@usdoj.gov

3