# UNITED STATES DISTRICT COURT

## District of Kansas
### (Kansas City Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                    CASE NO.  08-20013-01-CM

CECIL A. BROOKS,

      Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT
#### (Doc. 374)

---

APPEAR NOW the United States of America, by and through Jared S. Maag, Assistant United States Attorney, and respectfully submits the following response to the defendant's motion for sentence reduction.   (Doc. 374, Def. Mot. for Sent. Reduction at 1-2.)

The defendant submits that he is entitled to relief under the recently established First Step Act.   For the following reasons the defendant's motion must be denied.

PROCEDURAL HISTORY

On February 12, 2009, the defendant entered a guilty plea under Fed. R. Crim. P.

1

11(c)(1)(C) to conspiring to possess with the intent to distribute 50 grams or more of crack cocaine.   (Doc. 211, Plea Agrmt. at 1-20.)   As a consequence, the parties recommended that the defendant be sentenced to a controlling term of imprisonment of 216 months.   (*Id.* at 13, ¶ 4.)

In anticipation of sentencing, a presentence investigation report was drafted using the 2008 edition of the United States Sentencing Commission Guidelines Manual.   (PSIR at 32, ¶ 123.)   The defendant was held accountable for 14.4 kilograms of crack cocaine, resulting in a base offense level of 38.   (*Id.* at 32, ¶ 124.)   After applying enhancements in accordance with U.S.S.G. §§ 2D1.1(b)(1) and 2D1.2, the overall base offense level was calculated at 42.   (*Id.*)   Applying further enhancements under U.S.S.G. § 3B1.1(a), the defendant's adjusted offense level was calculated at 46.   (*Id.* at 33, ¶¶ 127-129.) Applying the appropriate reductions, the defendant's total offense level was calculated at 41.   (*Id.* at 33, ¶¶ 130-133.)   The defendant amassed two criminal history points, establishing a criminal history category of II.   (*Id.* at 34, ¶ 140.)   The defendant's guideline range for imprisonment was calculated at Life.   (*Id.* at 39, ¶ 165.)

On July 21, 2009, this Court sentenced the defendant to a controlling term of imprisonment of 216 months.   (Doc. 254, Judgment at 2.)

<u>ARGUMENT</u>

Congress established the First Step Act of 2018 on December 21, 2018. Pub. L. No. 115-391, 132 Stat. 5194. Section 404 of the First Step Act provides that a district court may "impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010

(Public Law 111-220, 124 Stat. 2372) were in effect at the time the covered offense was committed." *Id*. § 404(b); *see also* 18 U.S.C. § 3582(c)(1)(B). The First Step Act defines a "covered offense" as "a violation of a Federal criminal statute, the statutory penalties for which were modified by section 2 or 3 of the Fair Sentencing Act of 2010." *Id*. § 404(a).

Applying that formula here sees the lowering of the defendant's base offense level from 38 to 36 ("[a]t least 8.4 KG but less than 25.2 KG of Cocaine Base")—thus lowering his overall Guidelines range from Life to 360 months to Life after calculating all enhancements and reductions. Because the defendant's overall sentence of 216 months remains well-below the amended Guidelines range in the wake of the First Step Act, there is no more relief that can be provided to the defendant in this case.

WHEREFORE, as the First Step Act provides no relief here, the defendant's motion must be denied.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

By:      /s/   *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2019, I electronically filed the foregoing Response with the Clerk of the Court by using the CM/ECF system and that a copy of the same was mailed through the USPS, first class, postage prepaid to:

Cecil Brooks
Reg. No. 11781-031
MCFP Springfield
FEDERAL MEDICAL CENTER
P.O. BOX 4000
SPRINGFIELD, MO   65801

By:  /s/  *Jared S. Maag*

JARED S. MAAG, Ks. Bar. No. 17222
Assistant United States Attorney